AO 241 (Rev. 09/17)

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: |
|---|---|
| Name (under which you were convicted): Keefer Lomar Conglin | Docket or Case No.: 2018-KH-0463 |
| Place of Confinement: Dixon Correctional Institution | Prisoner No.: 00406762 |

Petitioner (include the name under which you were convicted)    Respondent (authorized person having custody of petitioner)

Keefer Lomar Conglin          v.         State of Louisiana

The Attorney General of the State of: Louisiana

**19-9659**

**SECT. I MAG. 3**

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

    Parish of Saint Tammany
    22nd Judicial District Court - Div G
    Covington, Louisiana 70433

    (b) Criminal docket or case number (if you know): 519994

2. (a) Date of the judgment of conviction (if you know): November 23, 2013

    (b) Date of sentencing:

3. Length of sentence: Eighty Years (80).

4. In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes  ☒ No

5. Identify all crimes of which you were convicted and sentenced in this case:

    One (1) count Forcible Rape

6. (a) What was your plea? (Check one)

    ☒ (1) Not guilty       ☐ (3) Nolo contendere (no contest)
    ☐ (2) Guilty           ☐ (4) Insanity plea

Page 2 of 16

TENDERED FOR FILING

APR 22 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? Not guilty to Forcible Rape

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes ☐ No

9. If you did appeal, answer the following:

(a) Name of court: First Circuit, Court of Appeal
(b) Docket or case number (if you know): 2017 KW 1623
(c) Result: Conviction Affirmed
(d) Date of result (if you know): N/A
(e) Citation to the case (if you know): N/A
(f) Grounds raised:

Claim (1) Due Process of Law  2) District Attorney authorizing
(2) Coerced Confession   Bill of Info is convicted felon
(3) Violation of La. Constitution of 1974, Section 18
(4) Ineffective Assistance of Counsel
(5) Use of Perjured Testimony by State
(6) Insufficient Evidence   (8) Actual Innocence

(g) Did you seek further review by a higher state court? ☐ Yes ☐ No

If yes, answer the following:

(1) Name of court: Louisiana Supreme Court
(2) Docket or case number (if you know): 2018 - KH - 0463
(3) Result: Denied

Page 3 of 16

    (4) Date of result (if you know): March 6, 2019

    (5) Citation to the case (if you know): ____

    (6) Grounds raised: (4) Ineffective Assistance of Counsel
    (1) Due Process  (5) State's use of Perjured Testimony
    (2) Coerced Confession  (6) Insufficient Evidence
    (3) Violation of La Constitution  (7) District Attorney authorizing bill is convict.

  (h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☒ No

    If yes, answer the following:

    (1) Docket or case number (if you know): N/A

    (2) Result: N/A

    (3) Date of result (if you know): N/A

    (4) Citation to the case (if you know): N/A

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☒ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

  (a) (1) Name of court: Supreme Court of the State of Louisiana

    (2) Docket or case number (if you know): 2018-KH-0463

    (3) Date of filing (if you know): ____

    (4) Nature of the proceeding: Supervisory and/or Remedial Writ

    (5) Grounds raised:

    (1) Due Process
    (2) Coerced Confession
    (3) Violation of La Constitution, Section 18
    (4) Ineffective Assistance of Counsel
    (5) State's use of Perjured Testimony
    (6) Ineffective Assistance of Counsel
    (7) Felony Conviction of DA authorizing Bill of Info.
    (8) Actual Innocence

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes  ☒ No

    (7) Result: N/A

(8) Date of result (if you know): March 6, 2019

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: N/A

    (2) Docket or case number (if you know): N/A

    (3) Date of filing (if you know): N/A

    (4) Nature of the proceeding: N/A

    (5) Grounds raised: N/A

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes  ☒ No

    (7) Result: N/A

    (8) Date of result (if you know): N/A

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: N/A

    (2) Docket or case number (if you know): N/A

    (3) Date of filing (if you know): N/A

    (4) Nature of the proceeding: N/A

    (5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☑ No

(7) Result: N/A

(8) Date of result (if you know): N/A

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☑ Yes ☐ No

(2) Second petition: ☐ Yes ☐ No

(3) Third petition: ☐ Yes ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

N/A

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Violation of Petitioner's rights under "Due Process of Law" clause.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner submits documentation, written by the Investigating Detective, which clearly states that Petitioner "wanted an attorney." But, detectives continued to question and harass Petitioner and his family.

(b) If you did not exhaust your state remedies on Ground One, explain why:

N/A

Page 6 of 16

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

Petitioner was informed, by the Public Defender's Office (PDO) and Trial Judge, that Petitioner could only appeal matters discussed within trial

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction Relief

Name and location of the court where the motion or petition was filed: Twenty-Second (22nd) Judicial District Court - Covington, Louisiana 70433

Docket or case number (if you know): N|A

Date of the court's decision: N|A

Result (attach a copy of the court's opinion or order, if available): N|A

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: First Circuit Court of Appeal

Docket or case number (if you know): 2017 KW 1623

Date of the court's decision: N|A

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: Supreme Court of Louisiana

**GROUND TWO:** Coerced confession not freely or voluntarily secured, nor given.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner submits the investigative report which clearly displays that Petitioner's initial interrogation, before being threaten and coerced, match's the majority of the alleged victim's statements. Specifically, the alleged victim stating that she exited Petitioner's residence, and began walking down the street. But, Petitioner caught to her in a vehicle, and she got in. Supposedly, after she was just raped.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

N/A

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

Same as ground one (c)(2)

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction Relief

Name and location of the court where the motion or petition was filed:

Twenty-Second Judicial District Court  Covington, Louisiana 70433

Docket or case number (if you know):

Page 8 of 16

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): attached

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☒ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☒ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: First Circuit Court of Appeal

Docket or case number (if you know): 2017 KW 1623

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): attached

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: N/A

**GROUND THREE:** Violation of La Constitution, Section 18

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner submits Court Minutes stating that Petitioner's Bond was being set $500,000 (excessive bail), after bail had been previously set at 100,000 by a different judge. Prior

Page 9 of 16

(b) If you did not exhaust your state remedies on Ground Three, explain why:

N/A

(c) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No

    (2) If you did not raise this issue in your direct appeal, explain why: Same reason as Ground One (c)(2).

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☑ Yes ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction Relief

Name and location of the court where the motion or petition was filed:

22nd Judicial District Court

Docket or case number (if you know): 2017 KW 1623

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): attached

    (3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

    (4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: First Circuit Court of Appeals

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: N/A

**GROUND FOUR:** Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner submits documentation exhibiting the lack of preparation by the Public Defender's Office

(b) If you did not exhaust your state remedies on Ground Four, explain why:

N/A

(c) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: Same as reason Ground One (c)(2)

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post Convict Relief

Name and location of the court where the motion or petition was filed: 22nd Judicial District Court

Docket or case number (if you know): 2017 KW 1623

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): attached

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No
(4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☑ Yes  ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: First Circuit Court of Appeal

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: N/A

–Ground Five: States Use of Perjured Testimony

    (a.) Supporting Facts: The Investigating Detective testified during trial, that Petitioner never requested an attorney. but, within his written report, submitted by Petitioner, it clearly and precisely states, Petitioner "wanted an attorney"

Ground Six: Insufficient Evidence

    (a.) Supporting Facts: Petitioner submits the initial questioning of alleged victim report, which displays the lack of credibly by the alleged victim. The evidence presented by the State does not support the charge against Petitioner.

–Ground Seven: Petitioner claims that the District Attorney whom authorized the Bill of Information was under investigation during this period, eventually ending with multiple felony convictions.

    (a.) Supporting Facts: Petitioner submits a copy of the Bill of Information, which contains District Attorney's name. Along with a list of the convictions charged to District Attorney.

–Ground Eight: Petitioner claims "Actual Innocence"

    (a.) Petitioner submits the investigative report. (1) The alleged victim states that, during the commission of the alleged crime, Petitioner drove her in a vehicle, over forty (40) miles from Slidell, La. to New Orleans, La. But Petitioner submits recent medical documentation stating that he is legally blind, and has no feeling in his feet.

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☑ Yes   ☐ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:  N/A

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

    No

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.   N/A

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.   N/A

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: Oliver Carrier - St Tammy

    (b) At arraignment and plea: John Hogue

    (c) At trial: Amanda Trosclaire, Oliver Carriere

    (d) At sentencing: Oliver Carriere

    (e) On appeal: Katherine Frank - La Appeallate Project

    (f) In any post-conviction proceeding: Pro-Se

    (g) On appeal from any ruling against you in a post-conviction proceeding:
    Pro-Se

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☑ No

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:
    N/A

    (b) Give the date the other sentence was imposed: N/A
    (c) Give the length of the other sentence: N/A
    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☑ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

    Petitioner has followed legal procedures in filing Petition to each higher Court, in order and time. Writ was lost denied in the La. Supreme Court

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

or any other relief to which petitioner may be entitled.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.